**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:25-cr-119-TFM-MU |
| ) | |
| MIGUEL CASTRO-GONZALEZ ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On June 13, 2025, the Defendant Miguel Castro-Gonzalez, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 12) charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry. *See* Docs. 19, 20. The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted. *See* Doc. 23. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **July 11, 2025 at 12:30 p.m.** under separate Order.

**DONE** and **ORDERED** this 1st day of July, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE